**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2032**

———————

CHARLES E. BROOKS,

Plaintiff - Appellant,

versus

LLOYD ALBERT JOHNSON,

Defendant - Appellee,

and

PRINCE GEORGE'S COUNTY GOVERNMENT; CANDICE
SANTOS; STATE OF MARYLAND,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-00-1878-AW)

———————

Submitted:  January 31, 2002       Decided:  February 13, 2002

———————

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior
by unpublished Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth E. McPherson, Riverdale, Maryland, for Appellant. J. Joseph Curran, Jr., Attorney General of Maryland, Randolph Stuart Sergent, Assistant Attorney General, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles E. Brooks appeals from the district court's order dismissing his civil action pursuant to Fed. R. Civ. P. 12(b)(6). Brooks contends that the district court erred in finding defendant Lloyd Albert Johnson, a Maryland Assistant State's Attorney, was entitled to qualified immunity. Our review of the record and the district court's opinion show the district court correctly found Johnson was entitled to qualified immunity. Accordingly, we affirm the district court's dismissal of Brooks' civil action.

<u>AFFIRMED</u>

2